*E-Filed 8/15/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHEVRON U.S.A. INC., a corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>NOEL BAUTISTA, an individual,<br><br>    Defendant.<br>_____/ | Case No. C05-03285 HRL<br><br>**ORDER OF RECUSAL** |

I, Howard R. Lloyd, hereby recuse myself from acting as a judicial officer in the above-referenced matter.

**IT IS SO ORDERED.**

Dated: 8/15/05

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS ORDER HAS BEEN SENT TO:

Robert C. Phelps    robert.phelps@pillsburylaw.com

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: 8/15/05

                                                         /s/ RNR
Chambers of Magistrate Judge Lloyd