1

2

3                                                                *E-Filed 8/15/05*

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                             SAN JOSE DIVISION

10

11

CHEVRON U.S.A. INC., a corporation,

12                                                  Case No. C05-03285 HRL
            Plaintiff,

13
        v.
14                                                  **ORDER OF RECUSAL**
NOEL BAUTISTA, an individual,

15
            Defendant.
16
_____/
17

18        I, Howard R. Lloyd, hereby recuse myself from acting as a judicial officer in the above-

19   referenced matter.

20        **IT IS SO ORDERED.**

21

22   Dated: 8/15/05                                    /s/ Howard R. Lloyd

23                                                HOWARD R. LLOYD
                                                 UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

**United States District Court**
For the Northern District of California

1   THIS IS TO CERTIFY THAT A COPY OF THIS ORDER HAS BEEN SENT TO:

2   Robert C. Phelps     robert.phelps@pillsburylaw.com

3   * Counsel are responsible for providing copies of this order to co-counsel who have not registered
4   under the Court's ECF system.

5   Dated: 8/15/05

6

7                                                    _____/s/ RNR_____
8                                                    Chambers of Magistrate Judge Lloyd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court

For the Northern District of California